IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CONTRACTORS BONDING AND INSURANCE COMPANY,** an Illinois corporation,

    Plaintiff,

    v.

**RADIAN CONSTRUCTION CORPORATION,** an Oregon corporation; **MICHAEL MARTYN,** an individual; **MARTYN PROPERTIES, LLC,** an Oregon LLC; and **PACIFIC RIM MARTIAL ARTS ACADEMY, LLC,** an Oregon LLC,

    Defendants.

Case No. 3:21-cv-00497-SB

**OPINION AND ORDER**

**MOSMAN, J.,**

On November 29, 2022, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R") [ECF 42] recommending that this Court grant Plaintiff's Motion for Partial Summary Judgment [ECF 35]. No objections were filed. Upon review, I agree with Judge Beckerman. I GRANT the Motion for Partial Summary Judgment.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge but

1 – OPINION & ORDER

retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Beckerman's recommendation, and I ADOPT the F&R [ECF 42]. I GRANT the Motion for Partial Summary Judgment [ECF 35].

IT IS SO ORDERED.

DATED this 4th day of January, 2023.

MICHAEL W. MOSMAN
Senior United States District Judge

2 – OPINION & ORDER